UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **AMBER RAULS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. CV-06-S-378-NE |
| ) | |
| **FINANCIAL COLLECTION** ) | |
| **AGENCY OF TENNESSEE, INC.,** ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered contemporaneously herewith, it is CONSIDERED, ORDERED, and ADJUDGED that plaintiff, **Amber Rauls**, have and recover from defendant, **Financial Collection Agency of Tennessee, Inc.**, the sum or amount of Eight Thousand Two Hundred Seventy-Seven and Forty-Eight Hundredths Dollars($8,277.48), including costs and attorney's fees, for the collection of which execution may issue.

The clerk is directed to send a copy of this judgment and the accompanying memorandum opinion to defendant at 5705 Stage Road, Suite 225, Bartlett, Tennessee 38134-4543.  The clerk is directed to close this file.

DONE this 29th day of September, 2006.

_____
United States District Judge